1   PETER C. MEIER (SB# 179019)  petermeier@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
2   55 Second Street
    Twenty-Fourth Floor
3   San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
4   Facsimile:  (415) 856-7100

5   Attorneys for Plaintiff
    ALIGN TECHNOLOGY, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  ALIGN TECHNOLOGY, INC.,              CASE NO. C 06 2740 VRW

13              Plaintiff,               STIPULATION AND [PROPOSED]
                                         ORDER MODIFYING DATE FOR
14        vs.                            COMPLETION OF FACT DISCOVERY

15  QUAT TRAN, aka DR. QUAT TRAN and
    dba BRACES 2000; and DOES 1 through
16  10,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER
MODIFYING DISCOVERY CUT-OFF

1    WHEREAS, the current deadline for completion of fact discovery in this action is

2    December 29, 2006;

3    WHEREAS, Plaintiff Align Technology, Inc. and Defendant Quat Tran

4    (collectively, "the Parties") are in the process of discussing possible terms for settlement of this

5    action, and have determined that this process will be aided if the Parties are not required to

6    complete fact discovery by the current deadline;

7    WHEREAS, no previous modifications have been made to the pre-trial calendar,

8    including the cut-off for fact discovery, as stated in the accompanying Declaration of Peter C.

9    Meier;

10

11   IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

12

13   The deadline for completion of fact discovery shall be changed to January 26,

14   2007.

15
     DATED: November 28, 2006      PETER C. MEIER
16                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP

17

18   By: _____
19                                       PETER C. MEIER

20   Attorneys for Plaintiff
     ALIGN TECHNOLOGY, INC.

21
     DATED: November __, 2006      LAW OFFICES OF PATRICK MCCARTHY
22

23

24   By: _____
                                         PATRICK MCCARTHY
25
     Attorneys for Defendant
26   QUAT TRAN, aka DR. QUAT TRAN and dba BRACES
     2000
27

28

Case No. C 06 2740 VRW                    -1-           STIP. AND [PROPOSED] ORDER
                                                        MODIFYING DISCOVERY CUT-OFF

1       WHEREAS, the current deadline for completion of fact discovery in this action is

2    December 29, 2006;

3       WHEREAS, Plaintiff Align Technology, Inc. and Defendant Quat Tran

4    (collectively, "the Parties") are in the process of discussing possible terms for settlement of this

5    action, and have determined that this process will be aided if the Parties are not required to

6    complete fact discovery by the current deadline;

7       WHEREAS, no previous modifications have been made to the pre-trial calendar,

8    including the cut-off for fact discovery, as stated in the accompanying Declaration of Peter C.

9    Meier;

10

11    IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

12

13       The deadline for completion of fact discovery shall be changed to January 26,

14    2007.

15

16    DATED: November _____, 2006    PETER C. MEIER
                            PAUL, HASTINGS, JANOFSKY & WALKER LLP

17

18                    By:_____

19                            PETER C. MEIER

20                    Attorneys for Plaintiff
                    ALIGN TECHNOLOGY, INC.

21    DATED: November 28, 2006    LAW OFFICES OF PATRICK MCCARTHY

22

23

24                    By:_____
                            PATRICK MCCARTHY

25                    Attorneys for Defendant

26                    QUAT TRAN, aka DR. QUAT TRAN and dba BRACES
                    2000

27

28

1    **IT IS SO ORDERED.**

2

3    Dated: December 11, 2006

4    UNIT_____LKER_____OURT JUDGE

5    Date

6

LEGAL_US_W # 55042476.1

7



GRANTED
Judge Vaughn R Walker

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06 2740 VRW

STIP. AND [PROPOSED] ORDER
MODIFYING DISCOVERY CUT-OFF