PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Plaintiff
ALIGN TECHNOLOGY, INC.

PATRICK McCARTHY (SB# 108079) pmccarthy@mccarthylaw.us
LAW OFFICES OF PATRICK McCARTHY
4305 Hacienda Drive, Suite 560
Pleasanton, CA 94588
Telephone: (925) 460-6000
Facsimile: (925) 460-6292

Attorneys for Defendant
QUAT TRAN, aka DR. QUAT TRAN,
and dba BRACES 2000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUAT TRAN, aka DR. QUAT TRAN and dba BRACES 2000; and DOES 1 through 10, <br><br> Defendants. | CASE NO. C-06-2740 VRW <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** <br><br> Judge: Hon. Vaughn R. Walker |

CASE NO. C-06-2740 VRW

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL

| | |
|---|---|
| 1 | WHEREAS, the parties have resolved any and all claims for relief stated in this |
| 2 | action; |
| 3 | IT IS HEREBY STIPULATED by the parties and ORDERED by the Court that |
| 4 | 1. This action is hereby dismissed with prejudice, except that the Court shall |
| 5 | retain jurisdiction to enforce the terms of the parties' settlement agreement. |
| 6 | 2. Each of the parties shall bear its own costs, expenses and attorney fees. |
| 7 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |

Dated: February 20, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    PETER C. MEIER

Attorneys for Plaintiff Align Technology, Inc.

Dated: February 7, 2007           LAW OFFICES OF PATRICK McCARTHY

By: _____
    PATRICK McCARTHY

Attorneys for Defendant Quat Tran, aka Dr. Quat Tran, and dba Braces 2000

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: __February 22__, 2007

**IT IS SO ORDERED**
Judge Vaughn R Walker
District Chief Judge
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

LEGAL_US_W # 55548875.1

CASE NO. C-06-2740 VRW

-1-    STIPULATION AND [PROPOSED] ORDER OF DISMISSAL